UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
NOKAJ,

              Plaintiff,

   -v-

The District Director, US Citizenship and
Immigration Services
              Defendants.
----------------------------------------------------X

ORDER OF DISMISSAL
FOR FAILURE TO
PROSECUTE
CV-05-2786(TCP)

     IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since June 9, 2005 and there was no response to the request for a written status report filed on February 28, 2006.

     IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.

                              /s/
                              Thomas C. Platt
                              U.S. District Judge

Dated: Central Islip, NY
        August 8, 2006